211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 10−65412−swr
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   Lora Catherine Stamper
   5205 Morgan Rd
   Ypsilanti, MI 48197

Social Security No.:
   xxx−xx−5844

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS

To the Debtor(s) and Debtor(s) attorney:

Notice is hereby given that the following documents(s) must be filed within **14** days from the date the bankruptcy petition was filed:

- ☐ Declaration and Signature of Non−Attorney Bankruptcy Petition Preparer (Form 19)
- ☑ Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income Form 22C
- ☑ Attorney Disclosure of Compensation Statement
- ☐ Certificate of Budget and Credit Counseling
- ☑ Declaration of Penalty of Perjury
- ☑ Statistical Summary of Certain Liabilities
- ☑ Statement of Financial Affairs
- ☐ Chapter 13 Plan
- ☐ Tax ID
- ☐ Application to Pay the Filing Fee in Installments
- ☑ Declaration Concerning Debtor's Schedules
- ☑ Summary of Schedules
- ☑ Schedules A–J
- ☐ Schedule A

- ☐ Schedule B
- Schedule C:
- ☐ Debtor
- ☐ Joint Debtor
- ☐ Schedule D
- ☐ Schedule E
- ☐ Schedule F
- ☐ Schedule G
- ☐ Schedule H
- ☐ Schedule I
- ☐ Schedule J

The missing document(s) must be filed on or before **8/25/10** .

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE:** If you fail to timely comply with the requirements set forth above, the case may be dismissed.

Dated: 8/12/10

                                                            BY THE COURT

                                        Katherine B. Gullo , Clerk of Court
                                        U.S. Bankruptcy Court