211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 10−65412−swr
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   Lora Catherine Stamper
   5205 Morgan Rd
   Ypsilanti, MI 48197

Social Security No.:
   xxx−xx−5844

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS

To the Debtor(s) and Debtor(s) attorney:

Notice is hereby given that the following documents(s) must be filed within **14** days from the date the bankruptcy petition was filed:

- ☐ Declaration and Signature of Non−Attorney Bankruptcy Petition Preparer (Form 19)
- ☐ Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income Form 22C

| | |
|---|---|
| ☐ Attorney Disclosure of Compensation Statement | ☐ Schedule B |
| ☐ Certificate of Budget and Credit Counseling |    Schedule C: |
| ☐ Declaration of Penalty of Perjury | ☐ Debtor |
| ☐ Statistical Summary of Certain Liabilities | ☐ Joint Debtor |
| ☐ Statement of Financial Affairs | ☐ Schedule D |
| ☑ Chapter 13 Plan | ☐ Schedule E |
| ☐ Tax ID | ☐ Schedule F |
| ☐ Application to Pay the Filing Fee in Installments | ☐ Schedule G |
| ☐ Declaration Concerning Debtor's Schedules | ☐ Schedule H |
| ☐ Summary of Schedules | ☐ Schedule I |
| ☐ Schedules A−J | ☐ Schedule J |
| ☐ Schedule A | |

The missing document(s) must be filed on or before **8/26/10** .

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE:** If you fail to timely comply with the requirements set forth above, the case may be dismissed.

Dated: 8/12/10

                              BY THE COURT

                              Katherine B. Gullo , Clerk of Court
                              U.S. Bankruptcy Court